**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**SPENCER VARDARMAN STEPHENS III**                **CIVIL ACTION**

**VERSUS**                                                                **NO. 25-1982**

**TRAVIS DAY, ET AL.**                                          **SECTION "I" (2)**

**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Findings and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that plaintiff Spencer Vardarman Stephens III's ADA and 42 U.S.C. § 1983 Eighth Amendment claims against all Defendants be allowed to proceed and remain referred to the undersigned Magistrate Judge for further pretrial proceedings.

New Orleans, Louisiana, this 13th day of April, 2026.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**