UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SPENCER VARDARMAN STEPHENS, III — CIVIL ACTION

VERSUS — NO. 25-1982

TRAVIS DAY, ET AL — SECTION “I” (2)

**ORDER**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge’s Report and Recommendations,[1] and finding that as of this date plaintiff has filed no objections to the Magistrate Judge’s Report and Recommendations, hereby approves the Magistrate Judge’s Report and Recommendations and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Rule 12(b)(1) motion[2] to dismiss Plaintiff’s 42 U.S.C. § 1983 claims seeking monetary damages asserted against Travis Day, Keith Bickham, Kevin Luper, Karla Wheat, Dr. Juan Martinez, and Colonel Wade Rigdon in their official capacity is **GRANTED** and those claims are **DISMISSED WITHOUT PREJUDICE**, leaving for resolution the §1983 claims against Defendants in their individual capacity.

**IT IS FURTHER ORDERED** that the Rule 12(b)(6) motion to dismiss Plaintiff’s ADA claims asserted against Travis Day, Keith Bickham, Kevin Luper, Karla Wheat, Dr. Juan Martinez, and Colonel Wade Rigdon in their individual capacity is **GRANTED** and those claims are **DISMISSED WITH PREJUDICE**, leaving for resolution the ADA claims against Defendants in their official capacity.

New Orleans, Louisiana, this 14th day of October 2026.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

[1] Rec. Doc. Nos. 36 and 38
[2] Rec. Doc. No. 32